# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

WILLIAM L. MCGRANN,

    Plaintiff,

    v.

ORANGE COUNTY HOUSING AUTHORITY,

    Defendant.

No. 8:25-cv-02151-KK-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    Defendant's Motion to Dismiss (ECF 25) is **granted in part**. Counts 2, 3, and 4 of the First Amended Complaint are **dismissed with leave to amend**.

3.    Plaintiff shall file a Second Amended Complaint or inform the Court that he intends to proceed on Count One only within 30 days of this Order. Plaintiff is expressly warned that failure to comply with the deadlines set forth in this Order may result in dismissal for failure to prosecute and comply with Court orders.  Fed. R. Civ. P. 41(b).

///

4.    The Court Clerk shall serve this Order on all counsel or parties of record.

DATED:  July 7, 2026

_____

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2